Tonja Hawthorne & Felicia Pierce

PLAINTIFF

FILED

'AUG 3 1 2020

Clerk, U.S. District Court
Texas Eastern

Judge Vincent Dulweber, Judge Scott Novy
and Judge Alfonso Charles

6:20cv478
JCB/JDL

DEFENDANTS

## STATEMENT OF CLAIM
## AS ATTACHMENT

I (Tonja Hawthorne) filed my petition in 2019 of September against Andrew Riley, Exxon and ARCO, Kerr McGee as alleged co-tenants of said property P.W. Warraner Survey located in Kilgore, Texas. The issues that took place in this hearing (due to acting under color of law) are as follows;

**Event One**: Judge Scott Novy giving Legal Advice and Suggestions to counsel John Cope during a status hearing in October 2019. I filed a motion to recuse Judge Scott Novy, motion was denied by Judge Alfonso Charles.

**Event Two**: TRO was scheduled against me by Andrew Riley in Judge Alfonso Court and defendants placed on stand as a witness under oath and stated I never committed any actions adhered to the TRO which was requested by them under a signed verification (perjury). Judge Alfonso Charles then asked If you did not commit the alleged acts why would you have a problem

1

having a TRO against you (Tonja Hawthorne) (abusing his discretion by being bias and prejudice). Judge Alfonso Charles violated my rights under the color of law if proven innocent and not tack because of prejudice behavior, by putting restraints on me when direct evidence and defendants as witness stated I never committed).

**Event Three:** Due Process was violated due to my race, my property location because of a Final Judgment that was filed in 1911 and never signed by the judge, In a 1919 Judgment that was never signed, 1921 Default Judgment against Plaintiff which is Annie Hart. Due to race he ignored the evidence that was presented to him, proving statue of limitation and due process was violated.

**Event Four:** 2015-2017 Judgment with Prejudice based on Joinder (no merits) against Felicia Pierce. During this time Felicia Pierce filed a civil Suit against certain companies and individuals concerning real property ownership. There was an abatement placed on my case for joinder reasons, Felicia Pierce filed a motion to lift abatement and stated within the motion that she complied by repleading and removing certain causes of actions that require joinder. Judge Vincent Dulweber acknowledge the motion and granted in favor of Felicia Pierce (agreeing Felicia Pierce) cured procedure defect from the abatement. Defendant filed motion to dismiss, judge granted the motion to dismiss and added upon his discretion with prejudice (no merits were ever heard) due to joinder procedure. I never had standing from the commencement of the case, never had an interest in the case only a Power of Attorney. A Judgment was placed with prejudice when merits where never argued (due process violated) I could have relitigated my case at a later time with standing.

**Event Five:** 2019 Felicia Pierce conveyed interest to Tonja Hawthorne in the same property as mentioned above and was dismissed based on limitation and merits.  Felicia Pierce is prevented from Due Process, due to my race and not law, on October 13, 2016 Judge Vincent Dulweber who acts a judge and Judge J. Scott Novy's best friend (who also violated my constitutional rights)

violated my fifth amendment right of due process and prevented me from pursuing my case in court in order to help big oil companies which are white owned to prevent me from exercising my rights to protect ownership and enjoyment of my property. Vincent Dulweber lied within a judgement which stated that I never cured the defects of a previous order he signed, when in fact he signed an order agreeing that I had complied with his order. He used his judicial powers to bully and harass me because I was a black woman who had no legal representation, which violates my constitutional right of due process and my right to defend my property without an attorney. This caused great injury to me as I suffered for loss of sleep, property, royalty rights and my mineral estates, physical heartache and moments of uncontrollable crying which physically made me feel sick. J. Scott Novy made sure that he prevented me and Tonja Hawthorne from receiving a judgement inconsistent with the judgement rendered by his best friend and best man at his wedding, Vincent L. Dulweber during the 2019-1715-A case.

**Event Six**: During the 2019-1715-A Summary of Judgment Judge Scott Novy stated he was striking certain parts of Tonja Hawthorne evidence out (Affidavit of Heirship) which was objected, causing Tonja Hawthorne argument on our lineage to be paralyzed during the hearing and ten (10) days later Judge Scott Novy requested that the Defendants proposed order to strike evidence during the June 5, 2020 hearing SJ be returned unsigned and stated he will not be signing the order. That act violated Tonja Hawthorne and Felicia Pierce due process in court based on prejudice and bias.

**Event Seven**: During the same hearing as above Tonja Hawthorne informed the judge that he worked on a case and did title research in favor and against the family in question.

**Event Eight**: After complex research Tonja Hawthorne found that Judge Scott Novy worked on a case as an attorney in 2019 for a very close family member to probate her mother's will. Prior to the 2019 probate of the will, Judge Scott Novy worked as attorney for the Beckville ISD as counsel

against the same family and according to the case do title search and find all of them. There is a mere possibility that Judge Scott Novy knew of the actual heirs and information concerning a certain piece of property if not all dealing with this family. That alone is acting under color of law and disabling our rights to protect our real property due to due process of the acts and acquaintance Judge Scott Novy had with certain family members and as opposing counsel against the family.

**Event Nine:** Tonja Hawthorne filed a Motion for a New Trial in July due to the refusal of signing defendants order to strike our evidence and now we can present them again.

**Event Ten**: Tonja Hawthorne filed a Motion to Recuse Judge Scott Novy and had a hearing in the court of Judge Alfonso Charles. Judge Alfonso Charles stated that I should have bought this to Judge Scott Novy attention asap and I stated I did during the June 5, 2020 hearing. I could not be specific during the hearing; however, I did mention it during open court. After court we did major research on the cases dealing with Beckville ISD and research dealing with the probated will for our family member Shirly Johnson in 2019. Remember our case started in 2019.

**Event Eleven**: On July 30, 2020 Judge Scott Novy requested that our proposed order that was filed in June 5, 2020 to be returned to us with a huge X on each page and signed at the very bottom (abusing his statutes as a judge and harass Tonja Hawthorne because she reported his behavior in.

Summary

We are Women of Color who have rights to research the courts records, to research the Texas laws and U.S. Constitution that are in place to protect our rights and our rights to protect our property. Due process has been violated since 1911,1919 and 1921 when the first Judgment was filed against our family land and never signed (statue of limitation never commenced). Appeals has no

4

jurisdiction until a final judgment that has been signed and dated and filed. During Jim Crow and Jim Crow esp., era there is no way our family could report those findings (even with an attorney). Acting under color of Title then when elements have no demand when taking property from families of color. In 2015 family have stated for many years we lost our family land due to those judgments, when in fact of law limitation never commenced due to no final judgment being signed. It took Felicia Pierce and myself, Tonja Hawthorne researching from Gregg County, Rusk County, Smith County, Dallas County and Shelby County, Texas to find how our due process was violated and limitation never commenced. We had to due diligent work on the laws of acting under color of law, violating our due process based on color and the property we owned. If someone violates our rights and our due process to real property and to protect our property (no matter what title they hold) we have a right to report it. Its not harassment, it's not bullying, and it's not threating it's the U.S. Constitutional right we have as being American Citizens.

## RELIEF

Tonja Hawthorne and Felicia Pierce request fair hearing outside of Longview, Texas Courthouse. Unbiased and non-prejudice Judge to hear the facts and apply the law no matter who he knows or grew up with and question your fellow colleague if he committed acts under color of law. Relief being fair trial on the merits of the case no matter who is affected from the outcome. To also reprimand all who are involved acting under color of law due to color, property, and due process.

Dated 08/28/2020

Respectfully Submitted,

/s/ Tonja Hawthorne
Tonja Hawthorne
/s/Felicia Pierce
Felicia Pierce